[No. 10746-5-II.  Division Two.  April 12, 1988.]

WASHINGTON STATE COUNCIL OF COUNTY AND CITY EMPLOYEES, ET AL, *Appellants,* v. GRAYS HARBOR COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 84-2-01549-4, Carol A. Fuller, J., entered January 26, 1987. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.

[No. 8401-9-III.  Division Three.  April 14, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY MICHAEL HANSON, *Appellant.*

Appeal from a judgment of the Superior Court for Asotin County, No. 86-1-00051-0, Philip H. Faris, J., entered January 12, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.

[No. 10545-4-II.  Division Two.  April 15, 1988.]

*In the Matter of the Marriage of* DENNIS JOHN JENSEN, *Respondent, and* FREIDA JOAN JENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-3-01304-0, Nile E. Aubrey, J., entered November 17, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.